UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BATRAZ TOTROV (A-246-905-326),

Petitioner,

v.

WARDEN OF CALIFORNIA CITY
DETENTION FACILITY, et al.,

Respondents.

No.  1:26-cv-02697-DC-CSK (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(ECF No. 15)

Petitioner, an immigration detainee prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 4, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 15.) Neither party filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed June 4, 2026 (ECF No. 15), are ADOPTED;

2.    Petitioner Batraz Totrov's (A-246-905-326) petition for a writ of habeas corpus (ECF No. 1) is GRANTED;

3.    The preliminary injunctive relief previously granted (ECF No. 11) is permanent;

4.    This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal, and Petitioner receives notice of that final order of removal; and

5.    The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **July 24, 2026**

_____
Dena Coggins
United States District Judge